UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

____

TERRY WARREN,

        Plaintiff,

v.

        Case No. 1:25-cv-493

        Honorable Ray Kent

KENT, COUNTY OF et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated: June 4, 2025

/s/ Ray Kent
Ray Kent
United States Magistrate Judge